C.A. 14-14-00201-CV

A. Some about the pass.

Q. Okay. And now you're saying she said she felt pressure for a relationship with her boss, right?

A. Yes.

Q. And that could be sexual harassment, right?

A. It could be.

Q. And in the meeting April 30th, 2009, Teri clarified it and said sexual harassment, didn't she?

A. She did. That is the first time she said sexual harassment.

Q. And that was in reference to what she told you on May 25th, 2009, right?

A. Yes.

Q. And words in italics, is that you portraying your thoughts?

A. Yes.

Q. So your thoughts were that if Teri felt pressured through March 2009, then harassment was continuing, correct?

A. Correct. And she had told us earlier that she had handled it and she had taken care of it.

Q. Just like we heard Neva earlier say that when Mr. Reyes made a comment to her about her looking good, she handled it, right?

A. Yes. Neva said that.

Q. Right. And you agree Neva handled it according to

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 1:52:14 PM
CHRISTOPHER A. PRINE
Clerk

A.    No, it does not.

Q.    Did you ever see any notes from either or Mr. Newman indicating that Teri said that she saw a letter on March 25th, 2009?

A.    No, I don't believe I have.

Q.    And here, Mr. Newman refers to a relationship, but it doesn't indicate a personal relationship, does it?

A.    No, it does not.

Q.    In that termination meeting of Teri Ford, Dan Newman pounded his fist and said "bullshit" when Teri said she was fired for sexual harassment, didn't he?

A.    Yes, he did.

MS. SPROVACH:    Pass the witness, Your Honor.

THE COURT:    Okay.

MS. WILLIAMS:    Your Honor, may I remain seated?

THE COURT:    Yes, you may.

CROSS-EXAMINATION

BY MS. WILLIAMS:

Q.    Ms. Sampson, could you tell the jury a little bit about your educational experience and background?

A.    I have a bachelor's degree from Southwest Texas State University, when it was Southwest Texas State University. Today, I believe it's Texas State University.  I also have a certification as a senior professional of human resources through the Society for Human Resources Management.  You test